UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSEFINA MONTOYA | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 5:22-cv-18 |
| | § | |
| HOME DEPOT PRODUCT AUTHORITY | § | |
| TEXAS LLC C/O HOME DEPOT | § | |
|     Defendant | § | |

### DEFENDANT HOME DEPOT PRODUCT AUTHORITY, LLC
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Home Depot Product Authority, LLC improperly named as Home Depot Product Authority Texas LLC c/o Home Depot ("Home Depot" herein), who files this its Notice of Removal, on the basis of diversity jurisdiction, and would show the Court as follows:

1. Home Depot is the Defendant in a civil action pending in Webb County, Texas, entitled *Josefina Montoya v. Home Depot Product Authority Texas LLC c/o Home Depot*, Cause No. 2022CCV-60014-4 (hereinafter referred to as the "State Court Action"). An Index of Documents Filed with the Notice of Removal is attached hereto as Exhibit "A," and true and correct copies of all process, and pleadings, served upon Home Depot in the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. §1446(a).

2. The State Court Action was filed on November 9, 2021. Home Depot was served with Plaintiff's Original Petition on November 29, 2021. The Plaintiff's Petition stated that "the

case is valued at less than $75,000.00. The Parties attended a mediation on March 9, 2022 where the Plaintiff made a demand in excess of $75,000.00.

3. This notice is timely filed within thirty (30) days of Home Depot's receipt of first notice that this Court has jurisdiction over the subject matter of this case as required by 28 U.S.C. §1446(b), and within one year of the commencement of the lawsuit.

4. Plaintiff Josefina Montoya is and was at the time of filing suit a citizen of the State of Texas.

5. Home Depot is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Home Depot is and was, therefore, a citizen of the State of Delaware and Georgia.

6. Consequently, the district courts of the United States have original jurisdiction over this action based on completely diversity of citizenship amongst and between the parties, in that Plaintiff, on the one hand, and Home Depot, on the other hand, are now, and were at the time this action commenced, diverse in citizenship from each other.

7. The amount in controversy in the State Court Action is in excess of $75,000.00, exclusive of interests and costs. Accordingly, the State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

8. Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

9. Pursuant to 28 U.S.C. §1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of

Removal with the District Clerk of Webb County, Texas, where the action was previously pending.

10. **<u>Jury Demand</u>** – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant Home Depot Product Authority, LLC hereby removes the case styled *Josefina Montoya v. Home Depot Product Authority Texas LLC c/o Home Depot*, Cause No. 2022CCV-60014-4, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

Gordon Rees Scully Mansukhani

By: /s/ *Troy D. Helling*
**TROY D. HELLING**
State Bar No. 24007340
thelling@grsm.com
**AMY WELBORN**
State Bar No. 24012853
awelborn@grsm.com
**TAYLOR R. YETTER**
State Bar No. 24102672
tyetter@grsm.com

2705 Bee Caves Road, Suite 220
Austin, Texas 78746
(512) 687-6900
(512) 687-6990 (Fax)
-AND-
2200 Ross Ave., Suite 3700
Dallas, TX 75201
(214) 231-4660
(214) 461-4053 (Fax)

**ATTORNEYS FOR
DEFENDANT HOME DEPOT
PRODUCT AUTHORITY LLC**

3

## **CERTIFICATE OF SERVICE**

      I hereby certify by my signature above that a true and correct copy of the foregoing document has been sent via electronic service to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 18th day of March 2022.

Robert M. Stone
The Law Offices of Robert Stone,
110 Broadway St. Suite 190,
San Antonio, TX 78205
(210)832-0326

                                      /s/ *Troy D. Helling*
                                      **TROY D. HELLING**